UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dodionne Watson,<br><br>    Petitioner,<br><br>v.<br><br>Warden Barnes,<br><br>    Respondent. | Case No. 18-cv-1295 (WMW/TNL)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the June 22, 2018 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkt. 2.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    The June 22, 2018 Report and Recommendation, (Dkt. 2), is **ADOPTED**;

    2.    Petitioner Dodionne Watson's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**; and

    3.    This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 29, 2018                    s/Wilhelmina M. Wright
                                                                          Wilhelmina M. Wright
                                                                          United States District Judge